THE UNITED STATES FEDERAL COURTHOUSE
10 CIRCUIT OF THE UNITED STATES OF AMERICA

Case Number #: _____

Plaintiff: Sausa . E . Thrulson

v.

Defendant: The People of the State of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 24 2021
JEFFREY P. COLWELL
CLERK

---

1983 Prisoners Complaint:

---

A. THE UNCONSTITUTIONAL CRUELTY OF PUNISHMENT. ILLEGAL SEARCH AND SEIZURE. ILLEGAL INCARCERATION...

STATE THE FACTS.. Case CR2C 892
The ~~____~~ Denial of Dismissal of Charges...
Tampering of evidence. The None Reading
of Miranda Rights... The Illegal Incarceration
And Not Getting Vegetarian Diet That
All others Are entitled... And Also...

Under the Laws of Puerto Rico & the United States of
America. The facts here Are true to the Best of
My Knowledge. This Month: March Day: 21 Year: 21

Signed: [signature]
2739 E Las Vegas St
Colo Springs Co. 80706